IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



FILED
APR 1 4 2020
Clerk, U S District Court
District Of Montana
Billings

| UNITED STATES OF AMERICA, | CR 17-141-BLG-SPW-2 |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| MAXWELL WEST, | |
| Defendant. | |

Upon the United States' Unopposed Motion to File Out of Time Response to Defendant's Sentencing Memorandum (Doc. 65), and good cause appearing in support thereof,

IT IS HEREBY ORDERED that the United States' motion to file their response out of time is **GRANTED**.

DATED this 13th day of April, 2020.

_Susan P. Watters_
SUSAN P. WATTERS
United States District Court Judge

1